**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOE EDWARD HUDSON,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67956

**FILED**

JUL 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

No decision, oral or written, had been made when appellant filed his appeal on May 6, 2015. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:   Hon. Michelle Leavitt, District Judge
      Joe Edward Hudson
      Martin W. Hart
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20851